UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steven Crowell</u>

       v.                Civil No. 08-cv-295-JL

<u>Canam Steel Corporation</u>

<u>**O R D E R**</u>

Pursuant to the court's order of September 2, 2008, the plaintiff has submitted to the clerk's office the computer hard drive underlying the parties' dispute. Neither party will be permitted to access the hard drive or view its contents until an agreement as to how such access and review will be undertaken is submitted to and approved by the court. The court will not access the hard drive, and will maintain the hard drive in a secure area, under the custody and control of the court's information technology personnel. In the event the parties are unable to fashion a mutually acceptable procedure to resolve their dispute by October 1, 2008, each party must file with the court a proposed order setting forth its respective resolution to this dispute.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: September 4, 2008
cc: John Sherman, Esq.
    Martha Van Oot, Esq.
    Lisa Snow Wade, Esq.