UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven H. Crowell

v.                                      Civil No. 08-cv-00295-JL

Canam Steel Corporation

**O R D E R**

The Preliminary Pretrial Conference was held in chambers on
**September 15, 2008.**

The Discovery Plan (document no. 29) is approved as
submitted.

Based on the discussions between the court and
counsel/parties at the conference, the following are **stricken**:

- the plaintiff's claims for breach of the ECPA (Count IV)

    and attorney's fees and costs (Count V).

- the following affirmative defenses:   none.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  September 15, 2008

cc:  John P. Sherman, Esq.
     Martha Van Oot, Esq.
     Lisa Snow Wade, Esq.